UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ELIJAH DEJON BURROW, Plaintiff | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-2389 |
| JOSEPH P. LOPINTO, ET AL., Defendants | SECTION: "E" (1) |

# ORDER

Before the Court is Plaintiff Elijah Dejon Burrow's *pro se* and *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983 against Defendants Officer Mclin, Jefferson Parish Sheriff Joseph P. Lopinto, and the Jefferson Parish Sheriff's Office.[1] A *pro se* complaint of a pretrial detainee for alleged civil rights violations must be screened by the court sua sponte as soon as practicable after docketing.[2] This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on August 27, 2018.[3] The period for objections ended on September 10, 2018, with no objections filed.

The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation, finds the magistrate judge's findings of fact and conclusions of law are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

---

[1] R. Doc. 1.
[2] 28 U.S.C. § 1915A(a); *Lee v. Hennigan*, 98 F. App'x 286, 287 (5th Cir. 2004) (citing *Ruiz v. United States*, 160 F.3d 273, 274 (5th Cir. 1998)).
[3] R. Doc. 18.

1

**IT IS ORDERED** that Plaintiff Elijah Dejon Burrow's claims against Defendant Jefferson Parish Sheriff Joseph P. Lopinto be and hereby are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant the Jefferson Parish Sheriff's Office be and hereby are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Officer Mclin be and hereby are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**New Orleans, Louisiana, this 24th day of September, 2018.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**